USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL NUNEZ | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) FILE NO. 1:10-cv-04705-KMW |
| | ) |
| | ) NOTICE OF DISMISSAL OF CASE |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Southern District of New York, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 10th day of September, 2010.

ATTORNEYS FOR PLAINTIFF
*Rafael Nunez*

The Clerk of Court is directed to close this case. Any pending motions are moot.

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

SO ORDERED: 9-13-10

*/s/ Kimba M. Wood*
KIMBA M. WOOD
U. S. D. J.